GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail:  ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-mail: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Turnberry/MGM Grand Towers, LLC*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>TURNBERRY/MGM GRAND TOWERS, LLC,<br><br>☒ Affects this Debtor. | Case No.: 15-13706-abl<br>Chapter 11<br><br>**JOINTLY ADMINISTERED UNDER CASE NO.: 15-13706-abl** |
| In re :<br><br>TURNBERRY/MGM GRAND TOWER B, LLC,<br><br>☒ Affects this Debtor. | Case No.: 15-13708-abl<br>Chapter 11 |
| In re :<br><br>TURNBERRY/MGM GRAND TOWER C, LLC<br>☒ Affects this Debtor. | Case No.: 15-13709-abl<br>Chapter 11 |
| KJH & RDA INVESTOR GROUP, LLC; et al.,<br><br>                    Plaintiffs,<br><br>vs.<br><br>TURNBERRY/MGM GRAND TOWERS, LLC, ett al.,<br>                    Defendants. | Adversary No. 15-01123-abl |

## <u>NOTICE OF APPEARANCE OF COUNSEL</u>

PLEASE TAKE NOTICE that GREGORY E. GARMAN, ESQ., TALITHA GRAY

KOZLOWSKI, ESQ., and TERESA M. PILATOWICZ, ESQ. of the law firm of GARMAN

TURNER GORDON LLP hereby make their appearance as Counsel of Record for Turnberry/MGM Grand Towers, LLC ("Towers"), a Nevada limited liability company, in the above-captioned adversary proceeding.

Dated this 18th day of August, 2015.

                                                GARMAN TURNER GORDON

                                                By: */s/ Teresa M. Pilatowicz*
                                                        GREGORY E. GARMAN, ESQ.
                                                        TALITHA GRAY KOZLOWSKI, ESQ.
                                                        TERESA M. PILATOWICZ, ESQ.
                                                        650 White Drive, Suite 100
                                                        Las Vegas, Nevada 89119
                                                        *Attorneys for Turnberry/MGM Grand Towers, LLC*